UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LIDBIA HORNIA,

    Plaintiff,

v.                                                           Case No:  6:12-cv-882-Orl-18TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____

### REPORT AND RECOMMENDATION[1]

Pending before the Court is Defendant's Unopposed Motion to Remand.  (Doc. 14).  Defendant requests a remand, pursuant to sentence six of 42 U.S.C. § 405(g)[2] in order to take further administrative action.  Pursuant to M.D. Fla. R. 3.01(g), counsel for Defendant represents that the Plaintiff's attorney has been contacted and has no objection to the remand.  (Id. at 1).

Pursuant to 42 U.S.C. § 405(g) of the Social Security Act, this Court may remand a case to the Commissioner on motion of the Defendant made for "good cause shown" before he files his answer.  Congress has clearly stated that good cause for remand may be found "where the claimant's files cannot be located or are incomplete."[3]  In this case, Defendant has advised that significant portions of the recording of the October 29, 2010

---

[1] Specific written objections may be filed in accordance with 28 U.S.C. § 636, and M.D. Fla. R. 6.02, within fourteen (14) days after service of this report and recommendation.  Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual findings on appeal.

[2] Defendant cited to "42 U.S.C. § 205(g)," which I will assume is a scrivener's error.

[3] H.R. Rep. No. 96-944, 96th Cong., 2d Sess. 59 (1980).

administrative hearing are inaudible. (Doc. 14 at 2). A review of the record reveals that Defendant has not yet filed an answer to the complaint. Upon due consideration I find that good cause exists to support a remand under sentence six. Accordingly, I respectfully recommend that:

1. Defendant's Unopposed Motion to Remand (Doc. 14) be GRANTED.

2. The action be REMANDED to the Commissioner of Social Security, pursuant to sentence six of 42 U.S.C. § 405(g) so that he may take further administrative action.

3. The parties be directed to provide the Court with status reports every ninety (90) days.

4. This Court retain jurisdiction over the matter.

5. The Clerk be directed to ADMINISTRATIVELY CLOSE the file and withhold the entry of a final judgment in this case.

RESPECTFULLY RECOMMENDED at Orlando, Florida on August 30, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Presiding United States District Judge
    Counsel of Record