# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**LIDBIA HORNIA,**

          Plaintiff,

-vs-                                         Case No. 6:12-CV-882-Orl-18GJK

**COMMISSIONER OF SOCIAL SECURITY,**

          Defendant.

___

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on defendant's Unopposed Motion for Remand pursuant to sentence six of 42 U.S.C. § 405(g) (Doc. No. 15). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The motion is **GRANTED** and the case is **REMANDED** to the Social Security Administration for further proceedings pursuant to sentence six of 42 U.S.C. § 405(g). Clerk of the Court is directed to **ADMINISTRATIVELY CLOSE** the case pending resolution of the proceedings on remand. This Court retains jurisdiction over the matter and parties are directed to provide the Court with status reports every ninety (90) days.

It is **SO ORDERED** in Orlando, Florida, this ___ day of September, 2012.

                                                         G. KENDALL SHARP
                                                         Senior United States District Judge

Copies to:

Counsel of Record