UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LIDBIA HORNIA,

    Plaintiff,

v.                                 Case No:  6:12-cv-882-Orl-18TBS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## REPORT AND RECOMMENDATION[1]

Pending before the Court is Defendant's Unopposed Motion to Affirm the Commissioner's Decision Subsequent to Remand and for Entry of Judgment.  (Doc. 20). On August 30, 2012, the undersigned entered a report recommending that the district court remand this case to the Commissioner for further action, pursuant to sentence six of 42 U.S.C. § 405(g).  (Doc. 15).  The district court adopted the report and recommendation on September 18, 2012.  (Doc. 16). In May 2013, the Commissioner entered a decision that was fully favorable to Plaintiff.  (Doc. 20-1 at 1-3).  The Commissioner now asks this Court to affirm his May 3, 2013 decision and enter Judgment for Plaintiff.  Pursuant to M.D. FLA. R. 3.01(g), counsel for the Commissioner represents that Plaintiff's attorney has been contacted and has no objection to the requested relief.  See (Doc. 20 at 1).

Upon due consideration, I respectfully recommend that:

---

[1] Specific written objections may be filed in accordance with 28 U.S.C. § 636, and M.D. FLA. R. 6.02, within fourteen (14) days after service of this report and recommendation.  Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual findings on appeal.

1. The Commissioner motion to affirm the Commissioner's May 2013 decision be **GRANTED** and the **CLERK** be directed to enter **JUDGMENT** in favor of Plaintiff; and

2. The Commissioner's motion to remand at docket entry 19 be **DENIED**.

**RESPECTFULLY RECOMMENDED** at Orlando, Florida on June 14, 2013.

*[signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Presiding United States District Judge
    Counsel of Record