**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LIDBIA HORNIA,

          Plaintiff,

-vs-                                      Case No. 6:12-cv-882-Orl-18TBS

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.
_____

# ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on defendant's Unopposed Motion to Affirm the Commissioner's Decision Subsequent to Remand and Entry for Judgment (Doc. 20). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED and ADOPTED**. The decision of the Commissioner's in May 2013 is **AFFIRMED**. The Commissioner's Motion to Remand at docket entry 19 is DENIED as moot. Clerk of the Court is directed to issue a judgment in favor of the Plaintiff and **CLOSE** the case.

        **DONE and ORDERED** in Orlando, Florida on this _27_ day of June, 2013.

                                                    _____
                                                    G. KENDALL SHARP
                                                    SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record