UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LIDBIA HORNIA,

    Plaintiff,

v.   Case No: 6:12-cv-882-Orl-18TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## REPORT AND RECOMMENDATION[1]

Pending before the Court is Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"). (Doc 24). Plaintiff seeks an award of $7,223.28 in fees, payable to her attorney, Matthew W. Dietz. (Doc. 24, p. 1). The Commissioner has filed a response, conceding that Plaintiff is entitled to fees but disputing the amount requested as well as Plaintiff's request that fees be paid directly to her attorney. (Doc. 25). Upon due consideration, I respectfully recommend that the motion be GRANTED in part and DENIED in part.

### I. Background

Plaintiff brought this case seeking judicial review of an administrative law judge's decision denying her Social Security benefits. (Doc. 1). Before answering Plaintiff's complaint, the Commissioner moved to remand the case for further administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g) (Doc. 14); and the Court granted the motion. (Doc. 16). On remand, the Commissioner determined that Plaintiff

---

[1] Specific written objections to this report and recommendation may be filed in accordance with 28 U.S.C. § 636, and M.D. Fla. R. 6.02, within fourteen (14) days after service of this report and recommendation. Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual findings on appeal.